# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 12, 2018

Keli Liu, Esq.
Tel : (718) 353-8588
Cell: (718) 350-9308
Fax: (718) 353-6288
Email: kliu@hanglaw.com

**VIA ECF**
Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

> Re: Yang v. Guan Fu Inc. d/b/a Guan Fu Szhecuan et al.
> Case No. 1:17-cv-6158(SJB)
>
> Letter motion to replace Settlement Agreement filed under Dkt. 23-1

Dear Judge Bulsara:

    We are the Counsel for the Plaintiff Pei Hua Yang in the above-referenced action.

    On November 9, 2018, the undersigned submitted the parties' joint request for the approval of the settlement. Dkt. 23. It has come to our attention that the undersigned inadvertently attached a draft version of the parties' settlement agreement (Dkt. 23-1) along with the parties' joint request.

    The mistake rests solely on the undersigned, who has saved different drafts of the agreement in her online office platform Dropbox. Mistake occurred when the undersigned try to combine the parties' signature pages and ended up printing out a draft version of the agreement for submission. As such, and with Defendants' consent, we attached the parties' true, correct and final agreement here as **Exhibit A** and respectfully request the Court adopts the parties' arguments in their joint request filed on November 9, 2018 to assess the fairness of the attached agreement.

                                                                             Respectfully submitted,

                                                                             /s/ *Keli Liu*
                                                                             Keli Liu, Esq.

Cc: Yuan Zheng, Esq. (via ECF)